IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| MARTAVIOUS BROOKS | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 3:25-cv-00126 |
| | ) | Campbell/Holmes |
| ROBIN FREIGHT CORPORATION *et al.* | ) | |

## O R D E R

The parties have filed with the Court a joint stipulation of dismissal of this lawsuit with prejudice that is signed by all parties. *See* Docket Entry No. 21.

In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the joint stipulation is a self-effectuating dismissal of the entire lawsuit without the necessity of any action by the Court. The stipulation specifically requests dismissal with prejudice in accordance with Rule 41(a)(1)(B) and that the parties shall each bear their own separate attorneys' fees and costs.

Accordingly, the Court acknowledges that this case has been **DISMISSED WITH PREJUDICE** effective as of the date of joint stipulation. The Clerk is directed to close the file.

So **ORDERED**.

Signed By:

*J. Gregory Wehrman*
**United States Magistrate Judge**